UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CASTORENO,<br>TDCJ No. 02194516,<br><br>Petitioner,<br><br>v.<br><br>BOBBY LUMPKIN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. SA-23-CA-0068-JKP |

# J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Dismissal Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1) filed by Petitioner Christopher Castoreno is **DISMISSED WITHOUT PREJUDICE**.  No Certificate of Appealability shall issue in this case.  This case is now **CLOSED**.

It is so **ORDERED**.

SIGNED this the 24th day of February, 2023.

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**